HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
CHRISTINA M. CORCORAN, CA Bar #344683
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
YAHYA Z. YAGHMOUR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>YAHYA Z. YAGHMOUR,<br><br>Defendant. | Case No.  1:25-cr-00164-JLT-SKO<br>           1:25-cr-00165-JLT-SKO<br><br>**STIPULATION TO MODIFY CONDITIONS OF PRETRIAL RELEASE; AND ORDER** |

Plaintiff United States of America, by and through its counsel of record, and defendant Yahya Z. Yaghmour, by and through defendant's counsel of record, hereby stipulate that the defendant's conditions of release may be modified to remove the Home Incarceration condition of the Location Monitoring program and replace it with a curfew requiring the defendant to be inside his residence between the hours of 9:00 PM and 07:00 AM. *See* 25-cr-00164-JLT-SKO, Dkt. # 23, at 2 (condition (m)); 25-cr-00165; Dkt. # 14, at 2 (condition (m)).

This Court contemplated the potential need for this modification at the hearing on August 18, 2025. Specifically, the Court ordered the defendant to seek employment, with the understanding that Mr. Yaghmour was in the process of applying to work for Lyft as a driver. The Court indicated that the home incarceration requirement could be modified in order to facilitate employment in this context.

In light of the above, the parties request that the home incarceration requirement be

removed and replaced by a curfew requirement, so that Mr. Yaghmour will be able to work between the hours of 07:00 AM and 09:00 PM. All other previously ordered conditions remain in full force and effect.

Respectfully Submitted,

DATED: August 26, 2025                  */s/ Christina M. Corcoran*
                                        CHRISTINA M. CORCORAN
                                        Counsel for Yahya Z. Yaghmour

DATED: August 26, 2025                  */s/ Jeffrey Spivak*
                                        JEFFREY SPIVAK
                                        Assistant United States Attorney

## ORDER

The Court hereby modifies the Order Setting Conditions of Pretrial Release for Yahya Z. Yaghmour—25-cr-00164-JLT-SKO, Dkt. # 23, and 25-cr-00165, Dkt. # 14—to remove the Home Incarceration condition of the Location Monitoring program, condition (m), and replace it with the following: **CURFEW**: You must remain inside your residence every day from 9:00 PM to 7:00 AM, or as adjusted by the pretrial services officer for medical, religious services, employment or court-ordered obligations. All other conditions previously imposed remain in full force and effect.

IT IS SO ORDERED.

Dated:  **August 27, 2025**              /s/ *Barbara A. McAuliffe*
                                         UNITED STATES MAGISTRATE JUDGE