ERIC GRANT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | Case Nos. 1:25-cr-00164-JLT-SKO and 1:25-cr-00165-JLT-SKO |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE |
| v. | |
| YAHYA YAGHMOUR, | |
| Defendant. | |

IT IS HEREBY STIPULATED between the parties that the joint status conference that is scheduled in both of the above cases for April 1, 2026, at 1:00 p.m., may be continued until June 3, 2026, at 1:00 p.m., before the assigned Magistrate Judge. The government has produced discovery to defense counsel. Defense counsel has further investigation to perform. The parties will be ready to schedule trial dates at the next status conference if that becomes necessary.

Accordingly, the parties agree that time under the Speedy Trial Act shall be excluded through June 3, 2026, in the interests of justice, including but not limited to, the need for effective defense preparation and defense investigation pursuant to 18 U.S.C. §§ 3161(h)(7)(A)

and 3161(h)(7)(B)(i) and (iv).  The parties also agree that the ends of justice served by taking this action outweigh the best interests of the public and of the defendant to a speedy trial.


Dated:  March 26, 2026                        /s/ Christina Corcoran
                                              Christina Corcoran
                                              Counsel for Yahya Yaghmour


Dated:  March 26, 2026                        /s/ Joseph Barton
                                              Joseph Barton
                                              Assistant United States Attorney

ERIC GRANT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099


Attorneys for Plaintiff
United States of America

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 1:25-cr-00164-JLT-SKO and 1:25-cr-00165-JLT-SKO |
| Plaintiff, | ORDER TO CONTINUE STATUS CONFERENCE |
| v. | |
| YAHYA YAGHMOUR | |
| Defendant. | |

Upon the parties' stipulation and for good cause shown, the joint status conference that is scheduled in both of the above cases for April 1, 2026, is continued until June 3, 2026, at 1:00 p.m., before the assigned Magistrate Judge. The period through June 3, 2026, inclusive, is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).


IT IS SO ORDERED.

Dated:  __**March 26, 2026**__                    __/s/ *Sheila K. Oberto*__
                                                                    UNITED STATES MAGISTRATE JUDGE

3