ERIC GRANT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>YAHYA YAGHMOUR,<br><br>Defendant. | Case No. 1:25-cr-00164-JLT<br><br>STIPULATION TO EXCLUDE TIME |

The status conference that was scheduled in this case for October 26, 2026, has been continued by the Court's minute order until December 7, 2026, at 9:00 a.m., before the Honorable Jennifer L. Thurston. The basis for the continuance is that defense counsel requires more time to prepare for the status conference, and both parties have pre-planned leave scheduled for parts of November 2026. Accordingly, the parties agree that time under the Speedy Trial Act shall be excluded through December 7, 2026, in the interests of justice, including but not limited to, the need for effective defense preparation, defense investigation, and continuity of defense counsel pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(i) and (iv).

The parties also agree that the ends of justice served by taking this action outweigh the best interests of the public and of the defendant to a speedy trial.

IT IS SO STIPULATED.

Dated: October 23, 2026

*/s/ Christina Corcoran*
Christina Corcoran
Counsel for Yahya Yaghmour

Dated: October 23, 2026

*/s/ Joseph Barton*
Joseph Barton
Assistant United States Attorney

**ORDER**

Upon the parties' stipulation, and for good cause shown, there is a status conference in this case scheduled for December 7, 2026, and the period through October 23, 2026, through December 7, 2026, is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

Dated: October 23, 2026

UNITED STATES DISTRICT JUDGE